USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/14

Preska, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
In re DIGITAL MUSIC ANTITRUST          :   MDL Docket No. 1780
LITIGATION                             :
--------------------------------------------------- x   Assigned to: Judge Loretta A. Preska

[PROPOSED] ORDER PERMITTING
PLAINTIFFS' MOTION FOR LEAVE TO
FILE UNDER SEAL THE MAY 6, 2014
JOINT LETTER AND EXHIBIT A
ATTACHED THERETO

Having Considered Plaintiffs' Motion for Leave to File Under Seal the May 6, 2014 Joint Letter and Exhibit A attached thereto and good cause appearing therefore, Plaintiffs may file the May 6, 2014 Joint Letter and Exhibit A attached thereto under seal.

IT IS SO ORDERED.

DATED: May 7, 2014

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE